IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-18-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER TO SEAL** |
| ) | |
| NY'CEDRIC Q. ELLIS, ) | |
| ) | |
| Defendant. ) | |

Before the court is Defendant's motion to file docket entry number 36 under seal pursuant to Local Criminal Rule 55.2. [DE 37]. For good cause shown, the motion is ALLOWED and docket entry number 36 shall be filed under seal.

SO ORDERED.

This the 16th day of November, 2016.

*[signature]*
**JAMES C. FOX**
Senior United States District Judge